

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LUKE T. SHERIDAN**
Phone: (212) 356-2566
LSHERIDA@law.nyc.gov

December 24, 2025

**By ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

Re:    <i>D.L. et. al. v. New York City Department of Education</i><br>1:25-CV-10315-MMG

Dear Judge Garnett:

        I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the New York City Department of Education (hereinafter "DOE") in the above-referenced action. I write to respectfully request that the Court grant the DOE a 60-day extension of time to file a response to the Complaint from January 5, 2026, to March 6, 2026. Additionally, all parties jointly request a continuance of the initial pretrial conference currently schedule for February 4, 2026, to a date after March 6, 2026, or otherwise best for the Court, and that said conference be held remotely.

        The DOE's extension request is being made as an enlargement of time which will allow the undersigned to further review the administrative records, investigate the allegations, research the applicable law, and prepare an appropriate response. Because the undersigned was only recently assigned to this matter, there has not yet been sufficient opportunity to substantively review the records and prepare a response. Additionally, the initial pretrial conference continuation request is made jointly by both Plaintiffs and the DOE. Upon conferring with Plaintiffs' Counsel regarding the extension request, Counsel informed the undersigned that they are currently on paternity leave until February 9, 2026, and requested that the DOE join in a request for a continuance of the initial pretrial conference. As such, in light of Plaintiff Counsel's paternity leave, and the DOE's extension of time request, all parties respectfully request a continuance of the initial pretrial conference, currently scheduled for February 4, 2026, to a date after March 6, 2026, or otherwise best for the Court.

Accordingly, the DOE respectfully requests that the Court extend the deadline for the DOE to respond to the Complaint by sixty (60) days from January 5, 2026, to March 6, 2026. Additionally, both parties respectfully request that the Court grant a continuance of the pretrial conference currently scheduled for February 4, 2026, to a date after March 6, 2026, or otherwise best for the Court, and that said conference be held remotely.

This is the DOE's first request for an extension of time. Plaintiffs' counsel has consented to this request. Aside from the initial pretrial conference currently scheduled for February 4, 2026, there are no other scheduled appearances, and the extension request, if granted, would not affect any other deadlines.

Thank you for your consideration of this request.

GRANTED in part.  The deadline for DOE to respond to the Complaint is extended to **March 6, 2026**.  The Initial Pretrial Conference initially scheduled for February 4, 2026, is ADJOURNED to **Wednesday, March 25, 2026, at 9:30 a.m.**

The request to hold the conference remotely is DENIED, without prejudice to Counsel renewing the request, if they wish, and if they can provide definite information regarding the reasons for the request.

SO ORDERED.  Dated December 30, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ *Luke T. Sheridan*
Luke T. Sheridan
Assistant Corporation Counsel