UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

D.L., individually and
on behalf of R.T.,
a child with a disability,

                              Plaintiff,

     -against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

                              Defendant.

_____

Case No. 1:25-cv-10315-MMG

Motion to Seal Plaintiff's Exhibits

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Garnett:

I am a Senior Attorney at the Cuddy Law Firm, PLLC ("CLF"), attorney for the Plaintiff in the above-referenced action.

On December 12, 2025, when filing the Complaint through ECF, Plaintiff's counsel uploaded the following proposed exhibits for your Honor's consideration:
- Exhibit A – Independent Physical Therapy Evaluation Report dated 04/02/2025.
- Exhibit B – Independent Occupational Therapy Evaluation Report dated 04/21/2025.
- Exhibit C – Independent Speech and Language Evaluation Report dated 04/29/2025.
- Exhibit D – Independent Assistive Technology Evaluation Report dated 04/29/2025.
- Exhibit E – Independent Applied Behavior Analysis ("ABA") Skills Assessment Report dated 05/01/25.
- Exhibit F – Independent Neuropsychological Evaluation Report dated 05/19/2025.

When uploading the aforementioned exhibits, Plaintiff's counsel mistakenly uploaded the unredacted versions of these evaluation reports, which include personally identifiable information such as, but not limited to, R.T.'s full name, R.T.'s date of birth, and D.L.'s full name.

Plaintiff's counsel respectfully requests proposed Exhibits A through F be sealed so that this personally identifiable information of R.T. and D.L. is not made available to the public.

1

Defendant's counsel has indicated he consents to this request.

Dated: March 13, 2026
      Auburn, NY

                                        Respectfully,

                                        CUDDY LAW FIRM, PLLC
                                        Joseph E Sulpizio, Esq.
                                        Attorneys for Plaintiff
                                        5693 South Street Road
                                        Auburn, New York 13021
                                        Tel.: (315) 370-4020
                                        jsulpizio@cuddylawfirm.com

GRANTED.  The Clerk of Court is respectfully directed to place the documents listed above (Dkt. Nos. 1-1 through 1-6) under seal, with viewing restricted to the parties and the Court.

Counsel for Plaintiff shall file redacted versions of the sealed documents by March 24, 2026.  The redactions shall comply with Rule I(D) of the Court's Individual Rules and Practices.

SO ORDERED.  Dated March 18, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE