USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.L., individually and
on behalf of R.T.,
a child with a disability,

*Plaintiff,*

-against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

*Defendant.*

Case No. 1:25-cv-10315-MMG

Plaintiff's Word Count Extension Request and Joint Letter Requesting an Extension of Time

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Garnett:

I am a Senior Attorney at the Cuddy Law Firm, PLLC ("CLF"), attorney for the Plaintiff in the above-referenced action.

Word Count Extension Request

First, on March 25, 2026, the parties met for a remote pretrial conference. At said pretrial conference, I discussed with you Plaintiff D.L.'s motion for additional evidence, which is to be included in Plaintiff's motion for summary judgment and accompanying memorandum of law. Your Honor indicated that if Plaintiff's counsel requests a modest word count extension is from the 8,750 word limit for the memorandum of law, per Local Rule 7.1, that would not be an issue, and for Plaintiff's counsel to submit a letter motion.

Plaintiff's counsel respectfully requests a 500-word count extension for the Plaintiff's motion for summary judgment memorandum of law with the included motion for additional evidence. This would bring the total word count for the Parent's motion for summary judgment memorandum of law with motion for additional evidence to 9,250. I spoke with Defendant's counsel, Luke Sheridan, who indicated he has no objection to this request. Additionally, if your Honor wishes to

provide Mr. Sheridan with the same 500-word extension for Defendant's motion for summary judgment memorandum of law, Plaintiff's counsel would certainly not be opposed to this.

Joint Letter Requesting an Extension of Time

Second, on March 20, 2026, Defendant's counsel, submitted the parties joint scheduling order to your Honor. The parties proposed the following: "The parties respectfully propose the following summary judgment briefing schedule: Plaintiff's Motion for Summary Judgment and Request for the Court to Consider Additional Evidence due by July 17, 2026; Defendants' Cross-Motion and Opposition due by August 31, 2026; Plaintiff's Opposition and Reply due by September 16, 2026; and Defendant's Reply due by September 25, 2026."

At the subsequent March 25, 2026, pretrial conference, your Honor indicated that you reviewed the parties' proposed briefing schedule, and the proposed dates were fine, except that you wish for the parties to conduct three rounds of briefing, not four, and briefing should be due on the same dates rather than after each other's. Your Honor also indicated that the parties should submit the Joint 56.1 Statement on July 17, 2026. Following the March 25, 2026, pretrial conference, your Honor issued a scheduling order, summarizing the above agreed-upon briefing schedule.

After conferring with Defendant's counsel, Mr. Sheridan, the parties jointly request a 2-week extension, until July 31, 2026, for the parties to submit the Joint 56.1 Statement and to submit the parties' respective motion for summary judgments and with accompanying memorandum of law. The basis for this request is the parties are engaged in active, good-faith efforts to agree to and finalize the Joint 56.1 Statement. Mr. Sheridan indicated he has not yet been able to obtain approval to the proposed undisputed facts due to extensive depositions being held throughout the past two-weeks for a separate class action, along with what the nature of the internal approval process for 56.1 statements, which Mr. Sheridan indicated requires review and input from various stakeholders.

Therefore, the parties jointly request this 2-week extension, which we believe is sufficient time for the parties to agree to and finalize the Joint 56.1 Statement. Additionally, since the Joint 56.1 Statement and the parties' motions for summary judgments with accompany memorandum of law are factually intertwined (and may be referenced therein), the parties propose that both be due on or before July 31, 2026. At this time, the parties are not requesting any modification to August 31, 2026, deadline for opposition briefs and September 16, 2026, deadline for reply briefs.

Dated: July 14, 2026
Auburn, NY

Respectfully,

CUDDY LAW FIRM, PLLC
Joseph E Sulpizio, Esq.
Attorneys for Plaintiff
5693 South Street Road
Auburn, New York 13021
Tel.: (315) 370-4020
jsulpizio@cuddylawfirm.com

GRANTED. Both Plaintiff and Defendant may file briefs of up to 9,250 words.

The deadline to file summary judgment motions and the Joint 56.1 Statement is EXTENDED to **July 31, 2026**.

SO ORDERED. Dated July 15, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE