UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.L., individually and
on behalf of R.T.,
a child with a disability,

*Plaintiff,*

-against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

*Defendant.*

Case No. 1:25-cv-10315-MMG

Plaintiff's Motion to Seal the Administrative Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Garnett:

I am a Senior Attorney at the Cuddy Law Firm, PLLC ("CLF"), attorney for the Plaintiff in the above-referenced action.

I write to request the Court grant leave for Plaintiff to file the administrative record from the administrative matters (impartial hearing case number 283527 and New York Office of State Review ("SRO) number 25-097 under seal as the documentation requires extensive redactions of a minor's personal information, including the minor's name, date of birth, and school identification number. Defendant counsel, Luke Sheridan, consents to the request.

The family whose records underlie this matter have a regularly recognized and established right to privacy concerning the type of documents proposed; namely, the administrative record of an Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.*, impartial due process hearing. *See, e.g., R.G. v. New York City Dept. of Educ.*, S.D.N.Y. Index No. 18-cv-12119-JPC-RWL, Dkt. 21, 22; *A.M. v. New York City Dept. of Educ.*, S.D.N.Y. Index No. 14-cv-09224-JPO-RWL, Dkt. 7, 8; *Donohue v. New York City Dept. of Educ.*, S.D.N.Y. Index No. 20-cv-1942-ALC-KHP, Dkt. 13 (Order for filing certified record from Office of State Review under seal); *Rutherford v. Florida Union Fr. Sch. Dist.*, S.D.N.Y. Index No. 7:16-cv-09778-KMK, Dkt. 202 (Memo Endorsement); 20 U.S.C. §§ 1232g, 1415, 1417(c). The administrative record itself is also

replete with Individualized Education Program ("IEP") documents, student assessments, data collection on the student, and similar records that are independently confidential. Notably, in addition to the IDEA and the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, New York's regulations implementing the IDEA require the confidentiality and preservation thereof as to personally identifiable data, information, or records pertaining to students with disabilities. 8 N.Y.C.R.R. §§ 200.2(b)(6), (b)(11)(ii), 200.5(e).

Pursuant to Rule D(4)(iii) of your Honor's Individual Rules & Practices, "Any party seeking to file under seal an entire submission (with or without exhibits) shall not file anything on ECF in the first instance and shall email the submission and a letter-motion to Chambers. The letter-motion must explain the purpose of the sealing and why sealing is appropriate in light of the presumption of public access. If the party believes that the letter-motion itself should be sealed or redacted, the letter-motion should so state and should provide the justification therefor." (emphasis in original).

As per Rule D(4)(iii), on July 31, 2026, I emailed a letter motion titled "Plaintiff's Motion to Seal the Administrative Record," along with a copy of the administrative record, to your Honor's chambers.

On August 7, 2026, I received an email from Ms. Arbess, your Honor's law clerk, stating, "Please promptly file the letter-motion (not the proposed sealed documents) on the docket."

Pursuant to Ms. Arbess' email, I now submit the Plaintiff's Motion to Seal the Administrative Record via ECF.

Thank you for your consideration of this request.

Dated: August 7, 2026
Auburn, NY

Respectfully,

s/ Joseph E. Sulpizio
CUDDY LAW FIRM, PLLC
Joseph E Sulpizio, Esq.
Attorneys for Plaintiff
5693 South Street Road
Auburn, New York 13021
Tel.: (315) 370-4020
jsulpizio@cuddylawfirm.com

GRANTED. The Court has reviewed the proposed sealed documents *in camera* and agrees that they warrant sealing to protect the privacy interests of a minor, and that those concerns outweigh the presumptive right of public access to judicial documents at this time.

Plaintiff's counsel is advised that, in the future, he should refrain from referencing Chambers staff by name in public filings.

SO ORDERED. August 7, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE